

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00094-CR

## EX PARTE LEO THOMPSON

**From the 413th District Court
Johnson County, Texas
Trial Court No. DC-F202300729**

## MEMORANDUM OPINION

Leo Thompson appeals the trial court's denial of Thompson's pre-trial application for writ of habeas corpus and motion to quash the indictment. The trial court's order, containing its ruling on both the writ of habeas corpus application and the motion to quash, was signed on January 24, 2024. Thompson's notice of appeal was due on February 23, 2024. *See* TEX. R. APP. P. 26.2(a)(1). It was not filed until April 1, 2024.

We have found nothing in the record that supports Thompson's assertion in his response to the Court's dismissal notice to Thompson, dated May 14, 2024, that a notice of appeal was filed with the trial court clerk on February 7, 2024 or on any other date that would make Thompson's appeal of the January 24, 2024 denial of an application for a writ of habeas corpus timely. The only notice of appeal this Court received was on March

28 2024.  It appears a copy of that notice of appeal was filed in the trial court on April 1, 2024 and then forwarded to this Court.  Thus, by either date, the notice of appeal is untimely.

We have no jurisdiction of an untimely appeal.  *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996).  Accordingly, this appeal is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Johnson, and
     Justice Smith
Appeal dismissed
Opinion delivered and filed May 30, 2024
Do not publish
[OT06]

